IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC AFFUL,<br><br>*Defendant.* | No. 1:25-CR-212 |

**FILED IN OPEN COURT**
OCT -3 2025
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## STATEMENT OF FACTS

The United States and the defendant, Isaac Afful, agree that the following facts are true and correct, and that had this matter proceeded to trial, the United States would have proven them beyond a reasonable doubt with admissible and credible evidence:

1. From no later than in and around February 2021 to at least in and around January 2022, in the Eastern District of Virginia and elsewhere, the defendant, Isaac Afful, did knowingly and intentionally conspire and agree with others both known and unknown to the government to commit an offense against the United States, namely, to receive and possess money of the value of $5,000 or more which had crossed state lines, knowing that the money had been stolen, unlawfully converted, or taken, in violation of 18 U.S.C. §§ 371 and 2315.

2. During the conspiracy, it was reasonably foreseeable to the defendant that he and his co-conspirators were responsible for more than $1,500,000 but not more than $3,500,000 in loss.

3. Beginning in and around May 2019, several criminal actors engaged in a romance and investment scam targeting vulnerable classes of victims. These victims include elderly individuals, individuals with an English language barrier, and individuals experiencing an emotional trauma.

4. The scam was coordinated by co-conspirator 1 ("CC-1"), who is an individual residing in Ghana. CC-1 worked with the individuals in Ghana who targeted the victims online, as well as individuals in the United States who opened and controlled the American bank accounts where the victims sent their money. The U.S.-based co-conspirators included CC-2, who is a resident of Maryland; CC-3, who is a resident of New York; CC-4, who is a resident of Washington state; and the defendant, who is a resident of the Eastern District of Virginia.

5. It was part of the conspiracy that the U.S.-based conspirators, including the defendant, incorporated business entities to conceal the fact that they were receiving stolen funds from victims. For example, the defendant incorporated the entity "Fixit Enterprise LLC" (hereinafter, "Fixit") in Virginia in and around September 2020, and used the entity to receive victim funds. CC-2 used the entity "Wheelings Enterprise LLC," which he incorporated in Maryland in and around October 2021, to receive victim funds. CC-3 incorporated the entity "Elefax LTD" in New Jersey in and around August 2021 for the same purpose.

6. It was further part of the conspiracy that CC-1 communicated directly with the defendant, but not CC-2, CC-3, or CC-4. When the Ghana-based fraudsters needed to tell their victims where to send money, CC-1 asked the defendant to provide him a name and bank account (for wire transfers) or address (for mailing cashier's checks) of one of the U.S.-based conspirators. When victim funds were going to be deposited into a bank account associated with CC-2, CC-3, or CC-4, the defendant would notify them and tell them where to transfer the money next.

7. Starting in and around February 2021, CC-1 and the Ghana-based conspirators targeted victim R.S., who is a resident of the state of Georgia, in a romance scam. Victim R.S. created an online dating profile and began a romantic relationship with a woman he met on the website who claimed that she had received a large inheritance from her uncle but needed assistance with foreign fees to release the money. In reality, the "woman" was a co-conspirator in Ghana.

8. In sum and substance, the co-conspirator (posing as R.S.'s romantic interest) told R.S. that he should send the money to Fixit, *i.e.*, the business entity that the defendant incorporated. As a result, R.S. purchased a cashier's check in the amount of $42,000 and mailed it to the defendant's residence in Arlington, Virginia. The defendant deposited the check into a bank account at JPMorgan Chase held in the name of Fixit, with an account number ending in -6550 (hereinafter, "JPMC-6550"). The defendant is the only authorized user for JPMC-6550.

9. On or about May 1, 2021, the available balance in JPMC-6550 was approximately $136,318.19. Between May 1 and May 28, 2021, the defendant received approximately $604,742 in deposits into JPMC-6550. During the same timeframe, approximately $675,087 was withdrawn from JPMC-6550 and directed to others' bank accounts.

10. In and around October 2021, the U.S. Secret Service ("USSS") seized JPMC-6550 and the money held therein. USSS sent the defendant a letter informing him of the seizure and that the money in the account had been seized because it was suspected to be proceeds of a fraud scheme. The defendant did not contest the seizure. Instead, on or about October 24, 2021, the defendant sent a copy of the letter to CC-1, informing CC-1 that the defendant's account had been closed due to receiving fraudulently obtained money.

11. Starting no later than in and around November 2021, CC-1 and the Ghana-based conspirators targeted victim C.G., who is a resident of Florida, in a romance scam. C.G. created an online dating profile and began a romantic relationship with a man she met on the website who claimed to be a surgeon in the armed forces working overseas. In reality, the "man" was a co-conspirator in Ghana.

12. In sum and substance, the co-conspirator (posing as C.G.'s romantic interest) told C.G. that he had performed surgery outside of his military base, and as payment for the surgery, he received gold and gems. The co-conspirator convinced C.G. to send money, ostensibly for

fees and costs associated with transporting the gold and gems back to the United States. The co-conspirator directed C.G. to wire the money to various businesses and individuals and told her that the money needed to go through these businesses to get to him. The co-conspirator assured C.G. that wire transfers in were typical for these types of transactions in foreign countries.

13. As a result, between in and around November 2021 and February 2022, C.G. sent approximately $4,765,000 via 28 separate wire transfers to multiple individuals and businesses associated with the romance scam. The wire transfers that C.G. sent included the following:

| Victim | Date | Amount | Beneficiary |
| --- | --- | --- | --- |
| C.G. | 12/7/2021 | $190,000.00 | CC-4 |
| C.G. | 12/10/2021 | $100,000.00 | Wheelings Enterprise LLC (CC-2) |
| C.G. | 12/10/2021 | $100,000.00 | Wheelings Enterprise LLC (CC-2) |
| C.G. | 12/15/2021 | $100,000.00 | CC-3 |
| C.G. | 12/15/2021 | $100,000.00 | CC-3 |
| C.G. | 1/14/2022 | $300,000.00 | Wheelings Enterprise LLC (CC-2) |
| C.G. | 1/20/2022 | $250,000.00 | Wheelings Enterprise LLC (CC-2) |
| C.G. | 1/20/2022 | $250,000.00 | Elefax Ltd LLC (CC-3) |
| C.G. | 1/24/2022 | $100,000.00 | Elefax Ltd LLC (CC-3) |
| C.G. | 1/26/2022 | $100,000.00 | Elefax Ltd LLC (CC-3) |

14. As part of the romance scam targeting C.G., on or about December 2, 2021, CC-1 messaged the defendant to ask him to provide CC-1 with an "account for the 190k please." This was a request for an American bank account where victim C.G. would be directed to send funds. In response, the defendant provided CC-1 with the name and address of CC-3, so that C.G. could send a cashier's check. CC-1 sent the defendant a screenshot of a conversation between C.G. and the co-conspirator posing as C.G.'s love interest, in which C.G. stated that she was sending $190,000.

15. CC-3 closed his bank account before the money from C.G. could be deposited. As a result, CC-1 requested that the defendant find a different account for the $190,000 transfer. The defendant responded with account information for CC-4.

4

16. On or about December 7, 2021, C.G. sent a wire transfer in the amount of $190,000 to CC-4. That same day, CC-1 sent a screenshot of C.G.'s bank account to the defendant, showing the $190,000 transfer to CC-4.

17. On or about December 9, 2021, the defendant provided CC-1 with account information for CC-2's company, Wheelings Enterprise LLC. The next day, CC-1 sent the defendant a screenshot from C.G.'s bank account showing two wire transfers, each for $100,000, into the Wheelings Enterprise account.

18. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include each and every fact known to the defendant or to the United States, and it is not intended to be a full enumeration of all of the facts surrounding the defendant's case.

19. The actions of the defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

20. If the defendant breaches the plea agreement, then pursuant to the plea agreement, she waives any rights under Federal Rule of Criminal Procedure 11(f), Federal Rule of Evidence 410, the United States Constitution, and any federal statute or rule in objecting to the admissibility of the statement of facts in any such proceeding.

Respectfully submitted,

Lindsey Halligan
United States Attorney

By: _____
Katherine E. Rumbaugh
Zachary H. Ray
Assistant United States Attorney

Defendant's Signature: After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, Isaac Afful, and the United States, I hereby stipulate that the above statement of facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

Date: 6/3/2024

Isaac Afful
Defendant

Defense Counsel Signature: I am counsel for the defendant in this case. I have carefully reviewed the above statement of facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Date: 6/3/2024

David Dischley
Counsel for the Defendant

6